# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILLIE J. SMITH,<br><br>Defendant. | PO-24-5150-GF-JTJ<br><br>VIOLATION:<br>E1334978<br>Location Code: M12<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED WITH PREJUDICE.IT IS FURTHER ORDERED** that the initial appearance scheduled for December 5, 2024 is **VACATED**.

DATED this 13th day of November, 2024.

_____
John Johnston
United States Magistrate Judge